CHARLES C. REUBEL et al., Respondents, et al., Plaintiffs, *v.* THOMAS LEWIS, Individually and as President of Local No. 32-E of the Building Service Employees International Union, A. F. L., Appellant, et al., Defendants.

Submitted October 2, 1944; decided October 12, 1944.

*Stanley Faulkner* for motion.

*Arnold Cohen* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.